RYAN G. WELDON
RANDY TANNER
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 East Front Street, Suite 401
Missoula, MT 59801
Phone: (406) 542-8851
FAX: (406) 542-1476
Email:    Ryan.Weldon@usdoj.gov
          Randy.Tanner@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

AUG 27 2025
Clerk, U.S. Courts
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 23-55-M-DLC |
|---|---|
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | **CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES** (Count 1)<br>Title 18 U.S.C. § 371<br>(Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |
| SIMON PAUL and JOHN PATRICK BUTLER, | |
| Defendants. | |
| | **UNLAWFUL TRAFFICKING OF BALD AND GOLDEN EAGLES** (Counts 2-11)<br>Title 16 U.S.C. § 668(a) and 18 U.S.C. § 2<br>(Penalty for First Offense: One year of imprisonment, $100,000 fine, and one year of supervised release)<br>(Penalty for Second and Subsequent Conviction: Two years of imprisonment, $250,000 fine, and one year of supervised release) |

|  | **LACEY ACT (Counts 12-13)**<br>Title 16 U.S.C. § 3372(a)(1) and 3373(d)(1)(B)<br>(Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>**UNLAWFUL TRAFFICKING OF MIGRATORY BIRDS**<br>(Counts 14 and 15)<br>Title 16 U.S.C. §§ 703(a), 707(a), (b)(1), (2) and 18 U.S.C. § 2<br>(Penalty for Simon Paul: Two years of imprisonment, $2,000 fine, and one year of supervised release)<br>(Penalty for John Patrick Butler: Six months of imprisonment and a $15,000 fine)<br><br>**CRIMINAL FORFEITURE**<br>16 U.S.C. § 668b(b)<br>16 U.S.C. § 707(d)<br>16 U.S.C. § 3374 |

THE GRAND JURY CHARGES:

At all times relevant to this indictment:

1. The Bald and Golden Eagle Protection Act was enacted in 1940 to protect the bald eagle, recognizing that the bald eagle is not merely a bird of biological interest, but this country's national symbol, which reflects America's ideals of freedom. In 1962, Congress extended the Act to also protect golden eagles.

2. During the investigation law enforcement uncovered messages from Travis John Branson and others describing the illegal taking of eagles by stating,

"[O]ut [here] committing felonies," and telling buyers he was "on a killing spree" to obtain eagle tail feathers for future sales.

3. SIMON PAUL, Branson, and others, hunted and killed eagles on the Flathead Indian Reservation and elsewhere. In total, the defendants killed approximately 3,600 birds, including eagles. The defendants then illegally sold the eagles on the black market for significant sums of cash across the United States and elsewhere.

4. The killing of eagles is fueled, in whole and in part, because purchasers will buy the eagles on the black market. JOHN PATRICK BUTLER was one of those purchasers, and he requested the killing of specific types of eagles. For example, BUTLER inquired of Branson, "Did u ever see any crispy ones yet?" BUTLER would then purchase eagles from Branson and PAUL by transferring money to Branson through PayPal and other forms of online payment. In return, Branson and PAUL sent the eagles, including their parts, through the mail from Montana to Humble, Texas, which is where BUTLER resides. Postal records and text messages confirm BUTLER received the eagles, hawks, and their parts.

## COUNT 1

Between, on, or about January 2015, until on or about March 2021, near Ronan, in Lake County, in the State and District of Montana, within the exterior

boundaries of the Flathead Indian Reservation, and elsewhere, the defendants, SIMON PAUL and JOHN PATRICK BUTLER, knowingly and willfully conspired and agreed with each other, and with persons both known and unknown to the Grand Jury, to commit any offense against the United States, that is, to illegally kill, transport, offer for sale, purchase, barter, transport, and sell bald and golden eagles, in violation of 16 U.S.C. §§ 668(a) and 3372(a)(1) and 3373(d)(1)(B).

In furtherance of the conspiracy, the defendants committed the following overt acts:

## OVERT ACTS

1. From January 2019 until March 2021, Travis John Branson travelled from Washington to the Flathead Indian Reservation to shoot bald and golden eagles.

2. From January 2019 until March 2021, PAUL lived near Ronan on the Flathead Indian Reservation, and he was a "shooter" and "shipper" of bald and golden eagles for Travis John Branson. When Branson arrived on the Flathead Indian Reservation, PAUL would meet and help kill, transport, and ship bald and golden eagles for future sales on the black market.

3. From November 2020 until March 2021, BUTLER purchased eagles shot in Montana and elsewhere by Travis John Branson and PAUL. BUTLER then

had Branson and PAUL mail the killed birds and their parts from Montana to Humble, Texas.

4. On December 17, 2020, Travis John Branson sent a text message to BUTLER with a photo of a golden eagle tail set. On the same date, BUTLER paid Branson $300 through a PayPal purchase for the golden eagle tail set.

5. Two days later, on December 19, 2020, PAUL mailed from St. Ignatius to Texas the golden eagle tail feather set.

6. On December 21, 2020, Branson received a message from BUTLER that said, "Got that thang from Simon. And the mirror feathers. Tnks."

7. On December 28, 2020, BUTLER sent Travis John Branson $750 for the purchase of two golden eagle tails. Branson mailed the package filled with the two golden eagle tails through the United States Postal Service. BUTLER confirmed he received the package on January 4, 2021.

8. On January 7, 2021, BUTLER purchased two golden eagle tail sets from Travis John Branson. On the same date, BUTLER sent Branson $900. The following day, January 8, 2021, BUTLER sent Branson $700. On January 15, 2021, BUTLER received the golden eagle tails sent by Branson.

9. On March 1, 2021, BUTLER purchased two golden eagle sets from Travis John Branson. On March 2, 2021, BUTLER sent Branson $650. On March 9, 2021, BUTLER confirmed he received the golden eagle tails sent by Branson.

10. On March 13, 2021, Travis John Branson and PAUL returned to a previously killed deer to lure in eagles.

11. On March 13, 2021, Travis John Branson shot and killed a golden eagle.

12. On March 13, 2021, PAUL cleaned the golden eagle.

13. On March 13, 2021, Travis John Branson and PAUL placed various golden eagle parts in the vehicle for transport and future sale.

## COUNTS 2-6

Between, on, or about January 2019, until on or about March 2021, near Ronan, in Lake County, in the State and District of Montana, within the exterior boundaries of the Flathead Indian Reservation, and elsewhere, the defendant, SIMON PAUL, without being permitted to do so, knowingly, and with wanton disregard for the consequences of his actions, took, possessed, sold, bartered, offered to sell, transported, and exported, golden and bald eagles, including any part, as outlined in the chart below, in violation of 16 U.S.C. § 668(a).

| Count | Date | Item |
|---|---|---|
| 2 | December 17, 2020 | Golden Eagle Tail |
| 3 | December 20, 2020 | Golden Eagle |
| 4 | February 3, 2021 | Golden Eagle |
| 5 | February 28, 2021 | Bald Eagle |

| 6 | March 13, 2021 | Golden Eagle |

## COUNTS 7-11

Between, on, or about November 2020, until on or about March 2021, near Ronan, in Lake County, in the State and District of Montana, within the exterior boundaries of the Flathead Indian Reservation, and elsewhere, the defendant, JOHN PATRICK BUTLER, without being permitted to do so, knowingly, and with wanton disregard for the consequences of his actions, took, possessed, purchased, bartered, transported, and exported, golden and bald eagles, including any part, as outlined in the chart below, and aided and abetted the same, in violation of 16 U.S.C. § 668(a) and 18 U.S.C. § 2.

| Count | Date | Item |
|---|---|---|
| 7 | December 13, 2020 | Golden Eagle and Bald Eagle Tail |
| 8 | December 17, 2020 | Golden Eagle Tail |
| 9 | December 27, 2020 | Golden Eagle Tails |
| 10 | January 7, 2021 | Golden Eagle Tails |
| 11 | March 1, 2021 | Golden Eagle Tails |

## COUNT 12

Between, on, or about January 2019, until on or about March 2021, near Ronan, in Lake County, in the State and District of Montana, within the exterior boundaries of the Flathead Indian Reservation, and elsewhere, the defendant, SIMON PAUL, knowingly engaged in conduct that involved the sale and purchase

of, the offer of sale and purchase of, and the intent to sell and purchase, wildlife with a market value in excess of $350, knowing that the wildlife was taken, possessed, transported, and sold in violation of any underlying law in that the defendant, SIMON PAUL, knowingly imported, exported, transported, sold, received, and acquired wildlife, that is bald and golden eagles, including any part, in a manner unlawful under the laws of the United States, including the Bald and Golden Eagle Protection Act, 16 U.S.C. § 668(a), all in violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B).

## COUNT 13

Between, on, or about November 2020, until on or about March 2021, near Ronan, in Lake County, in the State and District of Montana, within the exterior boundaries of the Flathead Indian Reservation, and elsewhere, the defendant, JOHN PATRICK BUTLER, knowingly engaged in conduct that involved the sale and purchase of, the offer of sale and purchase of, and the intent to sell and purchase, wildlife with a market value in excess of $350, knowing that the wildlife was taken, possessed, transported, and sold in violation of any underlying law in that the defendant, JOHN PATRICK BUTLER, knowingly received, acquired, and purchased wildlife, that is bald and golden eagles, including any part, in a manner unlawful under the laws of the United States, including the Bald and Golden Eagle

Protection Act, 16 U.S.C. § 668(a), all in violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B).

## COUNT 14

Between, on, or about September 2020, until on or about March 2021, near Ronan, in Lake County, in the State and District of Montana, within the exterior boundaries of the Flathead Indian Reservation, and elsewhere, the defendant, SIMON PAUL, knowingly took, by any manner whatsoever, any migratory bird, as defined in 50 C.F.R. § 10.13, with the intent to sell, offer to sell, and barter and offer to barter such bird, which was not authorized by law, and aided and abetted the same, in violation of 16 U.S.C. §§ 703(a), 707(b)(1), and 18 U.S.C. § 2.

## COUNT 15

Between, on, or about September 2020, until on or about March 2021, near Ronan, in Lake County, in the State and District of Montana, within the exterior boundaries of the Flathead Indian Reservation, and elsewhere, the defendant, JOHN PATRICK BUTLER, knowingly offered to purchase, purchased, caused to be shipped, and received for shipment any migratory bird, as defined in 50 C.F.R. § 10.13, and part of any such bird, which was not authorized by law, and aided and abetted the same, all in violation of 16 U.S.C. §§ 703(a), 707(a), and 18 U.S.C. § 2.

## FORFEITURE ALLEGATIONS

Upon conviction of counts 1 through 11 in this indictment, the defendants, SIMON PAUL and JOHN PATRICK BUTLER, shall forfeit, pursuant to 16 U.S.C. § 668b(b), all bald and golden eagles, and parts, nests, and eggs, taken, possessed, sold, purchased, bartered, offered for sale, purchased, and bartered, transported, exported, and imported, in violation of 16 U.S.C. §§ 668-668d, and all guns, traps, nets, and other equipment, vessels, vehicles, aircraft, and other means of transportation used to aid in the taking, possessing, selling, purchasing, bartering, offering for sale, purchase, and barter, transporting, exporting, and importing of any bird, part, nest, and egg, as outlined in counts 1 through 11 in this indictment.

Upon conviction of counts 1, 12, and 13 in this indictment, the defendants, SIMON PAUL and JOHN PATRICK BUTLER, shall forfeit, pursuant to 16 U.S.C. § 3374, all vessels, vehicles, aircraft, and other equipment used to aid in the importing, exporting, transporting, selling, receiving, acquiring, and purchasing of wildlife, as outlined in counts 1, 12, and 13 if (A) the owner of such vessel, vehicle, aircraft, and equipment was at the time of the alleged illegal act a consenting party and privy thereto and in the exercise of due care should have known that such vessel, vehicle, aircraft, and equipment would be used in a criminal violation of 16 U.S.C. §§ 3371-3378, and (B) the violation involved the

sale and purchase of, the offer of sale and purchase of, and the intent to sell and purchase wildlife, as outlined in counts 1, 12, and 13 in this indictment.

Upon conviction of counts 14 and 15 in this indictment, the defendants, SIMON PAUL and JOHN PATRICK BUTLER, shall forfeit, pursuant to 16 U.S.C. § 707(d), all guns, traps, nets and other equipment, vessels, vehicles, and other means of transportation used by any person when engaged in pursuing, hunting, taking, trapping, ensnaring, capturing, killing, and attempting to take, capture, and kill any migratory bird, in violation of 16 U.S.C. §§ 703-712, with the intent to offer for sale, sell, offer for barter, and barter for such birds, as outlined in counts 14 and 15 in this indictment.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.
FOREPERSON

For KURT G. ALME
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney