IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>JOHN PATRICK BUTLER,<br><br>                 Defendant. | CR 23-55-M-DLC<br><br>ORDER |

      Defendant John Patrick Butler has filed an unopposed motion to appear remotely at his initial appearance and arraignment scheduled for September 16, 2025 at 1:30 p.m. (Doc. 58). Accordingly,

      IT IS ORDERED that Defendant's motion is GRANTED. Defendant may appear remotely by Zoom. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. **Zoom Guidance and Setup available at:** https://www.mtd.uscourts.gov/zoom-hearings.

      DATED this 15th day of September, 2025.

                                                    Kathleen L. DeSoto
                                                  United States Magistrate Judge