IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–55–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOHN PATRICK BUTLER, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 78.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant John Patrick Butler is charged with one count of conspiracy to commit an offense against the United States, in violation of 18 U.S.C. § 371 (Count 1); five counts of unlawful trafficking of bald and golden eagles, in violation of 16 U.S.C. § 668(a) and 18 U.S.C. § 2 (Counts 7–11); one count of

1

violating the Lacey Act, in violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B)

(Count 13); and one count of unlawful trafficking of migratory birds, in violation

of 16 U.S.C. §§ 703(a), 707(a), (b)(1), (2), and 18 U.S.C. § 2 (Count 15), as set

forth in the Superseding Indictment. (Doc. 52.) Judge DeSoto recommends that

this Court accept Butler's guilty plea as to Counts 1, 7, 8, and 13 after Butler

appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court

finds no clear error in Judge DeSoto's Findings and Recommendation and adopts

them in full, including the recommendation to defer acceptance of the Plea

Agreement until sentencing when the Court will have reviewed the Plea

Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and

Recommendation (Doc. 78) is ADOPTED in full.

IT IS FURTHER ORDERED that Butler's motion to change plea (Doc. 69)

is GRANTED.

IT IS FURTHER ORDERED that John Patrick Butler is adjudged guilty as

charged in Counts 1, 7, 8, and 13 of the Superseding Indictment.

DATED this 18th day of December, 2025.

Dana L. Christensen, District Judge
United States District Court