IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–55–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOHN PATRICK BUTLER, | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 82.) Defendant John Patrick Butler has entered a plea that provides a factual basis and cause to issue a forfeiture order pursuant to Fed. R. Crim. P. 32.2(b). (Doc. 84.)

Accordingly, IT IS ORDERED that the motion (Doc. 82) is GRANTED.

IT IS FURTHER ORDERED that Butler's interest in the following property is forfeited to the United States in accordance with 16 U.S.C. §§ 668b, 707(d), and 3374:

- One CZ Model 527 Chambered in .17 Hornet, SN: C098149 with scope; and
- One Savage M-25, .17 Caliber Rifle with scope, SN: H742733.

IT IS FURTHER ORDERED that he Fish and Wildlife Service or a designated sub-custodian is directed to seize and/or maintain custody of the

1

property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property, and will also post notice on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 18th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court